UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN AKOPIAN,<br><br>                    Petitioner,<br><br>                    v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-02302 ADS<br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On May 1, 2026, Petitioner Armen Akopian, proceeding through counsel, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition").  (Dkt. No. 1.)  On May 11, 2026, Respondents filed an Answer to the Petition, stating they are "not presenting an opposition argument."  (Dkt. No. 12.)  As such, the Petition is unopposed.

///

///

///

For the reasons set forth in the Petition, the unopposed Petition is granted. Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.


Dated:  May 11, 2026                _____/s/ Autumn D. Spaeth_____
                                    THE HONORABLE AUTUMN D. SPAETH
                                    United States Magistrate Judge

2